**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-01768-AB-RAO | Date: | August 25, 2023 |
|---|---|---|---|

| Title: | *Imran Khan v. Michael R. Harris et al* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

The Court ordered Plaintiff Imran Khan ("Plaintiff") to show cause why this case should not be dismissed for lack of prosecution given the parties' failure to file a Rule 26(f) Joint Report. *See* OSC (Dkt. No. 16). Plaintiff had until August 24, 2023 to respond. As of the date of this Order, Plaintiff has not responded to the OSC. Furthermore, Plaintiff did not respond to the Court's prior OSC, which resulted in the dismissal of unserved defendants. *See* Dkt. Nos. 13, 15. It therefore appears that Plaintiff is not prosecuting this case.

The Court therefore **DISMISSES without prejudice** this entire action. Plaintiff's counsel is **ORDERED** to provide Plaintiff with a copy of this Order by August 30, 2023.

**IT IS SO ORDERED**.